**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 99-7517**

———————————

JAMES EDWARD LAWRENCE,

                               Plaintiff - Appellant,

        versus

GREENVILLE POLICE DEPARTMENT; JAMES T. BUR-
GESS, Detective; T. K. SPRINGFIELD, Detective;
J. H. MAY, Detective; ERNEST HAMILTON, Solic-
itor; HAL W. ROACH, Attorney,

                               Defendants - Appellees.

———————————

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  Henry M. Herlong, Jr., District
Judge.  (CA-99-911-6-20AK)

———————————

Submitted:  March 28, 2000           Decided:  April 18, 2000

———————————

Before MURNAGHAN, MOTZ, and KING, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

James Edward Lawrence, Appellant Pro Se.  Floyd Matlock Elliott,
Greenville, South Carolina; Charles Franklin Turner, Jr., CLARKSON,
WALSH, RHENEY & TURNER, Greenville, South Carolina; Robert Paul
Foster, Greenville, South Carolina, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint.[*] We have reviewed the record and the district's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Lawrence v. Greenville Police Dep't, No. CA-99-911-6-20AK (D.S.C. Oct. 13, 1999). We further deny Lawrence's motions to obtain a transcript at government expense, to amend his informal brief, for appointment of counsel, and for leave to amend his complaint. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Lawrence states that he is not relying on § 1983. This does not affect our disposition of his appeal.

2